USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
FRANCISCO LOZADO,

       Petitioner,

   -against-

WARDEN ROBERT CRIPPS,

       Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DEBORAH A. BATTS, United States District Judge.

09 Civ. 8897 (DAB)
ADOPTION OF REPORT
AND RECOMMENDATION

  This matter is before the Court upon the December 17, 2010 Report and Recommendation of United States Magistrate Judge Theodore H. Katz (the "Report"). Judge Katz's Report recommends that Petitioner's Petition for a Writ of Habeas Corpus be denied with prejudice, that a certificate of appealability not issue, and that the Court certify that any appeal would not be taken in good faith. (Report at 2, 29-30.)

  "Within fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); accord 28 U.S.C. § 636(b)(1)(C). The district court may adopt those portions of the report to which no timely objection has been made, so long as there is no clear error on the face of the record. Wilds v. United Parcel Serv., Inc., 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003). "[F]ailure to object timely to a magistrate's report

operates as a waiver of any further judicial review of the

magistrate's decision." Caidor v. Onondaga County, 517 F.3d 601,

604 (2d Cir. 2008) (quoting Small v. Sec. of HHS, 892 F.2d 15, 16

(2d Cir. 1989)). This rule applies to pro se parties so long as

the magistrate's report "explicitly states that failure to object

to the report within [fourteen (14)] days will preclude appellate

review..." Small, 892 F.2d at 16.

Despite being advised by the Report of the procedure for

filing objections, and despite being warned by the Report that

failure to file objections would waive objections and preclude

appellate review, (Report at 30), Petitioner has filed no

objections to the Report. Nor has Respondent filed objections to

the Report.

Having reviewed the Report, and finding no clear error on

the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is

hereby ORDERED AND ADJUDGED that the Report and Recommendation of

United States Magistrate Judge Theodore H. Katz, dated December

17, 2010, be and the same hereby is APPROVED, ADOPTED, and

RATIFIED by the Court in its entirety. The Petition for a Writ

of Habeas Corpus is DISMISSED with prejudice. Because Petitioner

has not made a substantial showing of a denial of a federal

right, no certificate of appealability shall issue. See 28

U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209

2

F.3d 107, 112 (2d Cir. 2000).   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith.   See Coppedge v. United States, 369 U.S. 438, 445-46, 82 S.Ct 917, 921 (1962).

The Clerk of Court is directed to close the docket in this matter.


SO ORDERED.

Dated:     New York, New York
           July 28 , 2011

                                        _Deborah A. Batts_
                                        Deborah A. Batts
                                        United States District Judge

3